PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KI JANG,<br>IL CHUNG,<br>HEE SOUNG OH,<br>  aka Young Andy,<br>BON SOKE HONG,<br>  aka Alex,<br>  aka Bum Suk Han,<br>  aka Andy Han, and<br>JONG EUN LEE,<br>  aka Jong Hoon Lee,<br><br>Defendants. | CASE NO.   2:21-cr-0207 TLN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment, the United States' request to seal, and the Order to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated: October 21, 2021

_____
The Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] SEALING ORDER

1